FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUL 28 PM 2:53

DISTRICT OF UTAH

JEFFREY C. HOWE (6748)
COLBY J. HARMON (12110)
Attorney for Debtor
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
Telephone (801) 831-9177
Facsimile (801) 2804347

## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH – CENTRAL DIVISION

| In Re:<br>JULIE RAY PEACOCK<br>Debtor(s) | : | Bankruptcy Case No.<br>09-31801 |
|---|---|---|
| ELIZABETH R. LOVERIDGE,<br>Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LOIS PEACOCK,<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Judge William T. Thurman<br><br>**DEBTORS ANSWER TO**<br><br>**TRUSTEES COMPLAINT**<br><br>10-2504 52 |

DEBTOR, Julie Ray Peacock, by and through her attorney, Jeffrey C. Howe, hereby answers the Trustee's Complaint as follows:

1. Debtor admits paragraphs; 1, 2, 3, 7, 8, 11, 13(h), 15, 17, 20, and 21.

2. Debtor neither admits nor denies paragraphs; 4, 5, and 6.

3. Debtor denies, in their entirety, all remaining paragraphs.

DATED this 26th, day of July, 2010



/s/ *Jeffrey C. Howe*
Jeffrey C. Howe
Attorney for Debtor

## MAILING CERTIFICATE

I hereby certify that on this 26th, day of July, 2010, I delivered a true and correct copy of the foregoing document by facsimile, email and/or US Mail, first class, postage prepaid to the following:

Elizabeth Loveridge
David A. Nill
**WOODBURY & KESLER, P.C.**
PO Box 3358
Salt Lake City, Utah 84110-3358
Fax: 801-359-2320
eloveridge@wklawpc.com

United States Trustee
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

/s/ *Antenette Spencer*
Antenette Spencer