Knute A. Rife (#4756)
**WRONA LAW FIRM, P.C.**
11650 South State Street, Suite 103
Draper, Utah 84020
Telephone:  (801) 676-5252
Facsimile:  (801) 676-5262
*Attorneys for Defendant Lois Peacock*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:  JULIE RAY PEACOCK<br>        SSN:  XXX-XX-9816<br><br>   Debtor. | **NOTICE OF ENTRY<br>OF APPEARANCE** |
| ELIZABETH R. LOVERIDGE, Chapter 7<br>Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>LOIS PEACOCK,<br><br>   Defendant. | Case No. 09-31801<br>Chapter 7<br><br><br>Adversary Proceeding No. 10-02504 |

　　　　PLEASE TAKE NOTICE that Knute A. Rife, on behalf of Wrona Law Firm, P.C. hereby

gives notice of entering an appearance on behalf of Defendant Lois Peacock, in the above-

captioned matter.  Please address all pleadings and correspondence to:

Knute A. Rife
WRONA LAW FIRM, P.C.
11650 South State Street, Suite 103
Draper, Utah 84020

Dated 11th day of March, 2011.

WRONA LAW FIRM, P.C.


   /s/ Knute A. Rife                                    ,
Knute A. Rife
Attorney for Defendant Lois Peacock

## CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of the foregoing **NOTICE OF ENTRY OF**

**APPEARANCE** via U.S. Mail, postage prepaid to the following parties on 11th day of March,

2011.

Office of the U.S. Trustee (via ECF)
405 South Main, Suite 300
Salt Lake City, UT 84111

Jeffrey C. Howe (via ECF)
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106

Elizabeth Loveridge (via ECF)
David A. Nill
WOODBURY & KESLER, P.C.
P.O. Box 3358
Salt Lake City, UT 84110-3358

   /s/   Knute A. Rife                                    ,